JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Crédito Real USA, Inc.,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Star World, Inc., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-11781-SVW-PD<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Ctrm:　10A<br>Judge:　Stephen V. Wilson |

　　　Plaintiff Crédito Real USA, Inc. and Defendants Star World, Inc. and Jerry Yoram Azarkman, by and through their respective undersigned counsel, jointly stipulating to the Stipulated Motion to Dismiss With Prejudice (the "Stipulated Motion"), and the Court, reviewing the Stipulated Motion, finds just cause for entry of the following order.

　　　IT IS THEREFORE ORDERED that this action is dismissed, with prejudice.

DATED: June 30, 2021

　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　JUDGE